**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6815**

_____

JAMES ANTHONY MAY,

                    Plaintiff - Appellant,

          v.

GEORGE T. SOLOMON, Director of Prisons; CLAUDETTE EDWARDS,
Superintendent; LIEUTENANT T. SMITH; DR. E. G. LAND; MINNIE
KIMBLE, Program Superintendent,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:14-ct-03318-FL)

_____

Submitted:  September 9, 2015       Decided:  September 14, 2015

_____

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Anthony May, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony May appeals the district court's order dismissing without prejudice his challenges to his disciplinary convictions for failure to exhaust administrative remedies and dismissing without prejudice the remainder of his 42 U.S.C. § 1983 (2012) action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. May v. Solomon, No. 5:14-ct-03318-FL (E.D.N.C. May 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2